```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ROMAN, on behalf of himself and all other persons similarly situated,

           Plaintiff,

-against-

JACOB & COMPANY WATCHES, INC.,

           Defendant.

1:21-cv-5308-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on June 15, 2021.  [ECF No. 1].  An affidavit of service of summons and complaint was filed on the docket on June 23, 2021.  [ECF No. 6].  According to that summons, Defendants' responses to the complaint were due July 9, 2021.  [ECF Nos. 5, 6].  No responses were filed, and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by October 4, 2021.  Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  Failure to move for a default judgment by October 4, 2021 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

SO ORDERED.

Date:  September 17, 2021
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**